

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2013

No. 04-13-00165-CV

**IN RE VIA METROPOLITAN TRANSIT AUTHORITY**

Original Mandamus Proceeding[1]

### ORDER

Sitting:    Karen Angelini, Justice
Marialyn Barnard, Justice
Luz Elena D. Chapa, Justice

On April 2, 2013 Real Party in Interest Candelario McGraw filed an unopposed motion for extension of time to file a response. The motion is GRANTED. McGraw's response is due May 5, 2013.

It is so **ORDERED** on April 8, 2013.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court



---

[1] This proceeding arises out of Cause No. 2007-CI-01034, *Candelario McGraw v. Alfred S. Longoria and Via Metropolitan Transit Authority*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Michael Mery presiding. However, the order complained of was signed by the Honorable John D. Gabriel, presiding judge of the 131st Judicial District Court, Bexar County, Texas.